UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| FRONTIER COMMUNICATIONS OF THE CAROLINAS LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>DUKE ENERGY CAROLINAS, LLC )<br>)<br>Defendant. ) | **JUDGMENT**<br><br>No. 5:13-CV-791-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion to dismiss and compel arbitration, or, in the alternative, to stay and compel arbitration.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 15, 2014, and for the reasons set forth more specifically therein, that defendant's motion to dismiss the complaint and compel arbitration of the dispute raised in the Arbitration Demand is granted.

**This Judgment Filed and Entered on August 15, 2014, and Copies To:**

James J. Mills (via CM/ECF Notice of Electronic Filing)
Daniel Chisholm Higgins (via CM.ECF Notice of Electronic Filing)
Christopher G. Smith (via CM.ECF Notice of Electronic Filing)
Jessica Floyd Middlebrooks (via CM.ECF Notice of Electronic Filing)

August 15, 2014                    JULIE A. RICHARDS, CLERK
                                    /s/ Christa N. Baker
                                   (By) Christa N. Baker, Deputy Clerk